UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland DIVISION

Mickel Hutchinson

*(Enter full name of plaintiff)*

Plaintiff,

v.

The State of Oregon
Multnomah County

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 3:24-cv-1877 SI
(to be assigned by Clerk's Office)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT)

Jury Trial Demanded

☐ Yes   ☒ No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**   Name: Mickel Hutchinson

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____

Complaint for Violation of Civil Rights (Prisoner Complaint)   1
[Rev. 01/2018]

**Defendant No. 1**   Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____


**Defendant No. 2**   Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____


**Defendant No. 3**   Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____


**Defendant No. 4**   Name: _____

Street Address: _____

City, State & Zip Code: _____

Telephone No.: _____


## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. You are bringing suit against (*check all that apply*):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

Amendment 6 5 14

## III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

My court appointed lawyer Michelle Ganow-Jones # 214232 stated multiple times to me that she has no way to defend me in my case. She stated she'll spin things as best she can. She has threatened to cancel my court dates and stall my case if I'm thinking of filing for substitution of counsel. I paid for her to have files that would've helped defend me. Ms Jones refused to use the files, claiming (which were indeed used against me) the D.A. said he wouldn't bring up info in the files & she trusts him despite my pleas. She refused to formally file for my discovery & substitution of counsel. She refuses to communicate but has her assistants call to say she's busy. She refuses to investigate things I point out.

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Complaint for Violation of Civil Rights (Prisoner Complaint)    3
[Rev. 01/2018]   .

_____
_____
_____
_____
_____
_____
_____
_____

## Claim III

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

_____
_____
_____
_____
_____
_____
_____
_____

**(If you have additional claims, describe them on another piece of paper, using the same outline.)**

Complaint for Violation of Civil Rights (Prisoner Complaint)      4
[Rev. 01/2018]

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

☑ Yes　　　☐ No

## V. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

I would like an adequate lawyer for representation.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 11th day of OCTOBER, 2024.

(Signature of Plaintiff)

Complaint for Violation of Civil Rights (Prisoner Complaint)　　5
[Rev. 01/2018]

Mickel Alexander
4540 Ne Inverness Drive
Portland, OR 97220

PORTLAND OR RPDC 972
6 NOV 2024 PM 2 L

Mark O. Hatfield U.S. Courthouse
1000 SW Third Avenue, Suite 740
Portland, Oregon 97204-2902

97204-293790